# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19MJ 144 |
| v. | ) | |
| | ) | |
| KALESE TYREE TERRY, | ) | Court Date: April 1, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

Count I (Misdemeanor 7517688)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 16, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KALESE TYREE TERRY, did operate a motor vehicle while having a blood alcohol concentration of 0.08 percent or more by weight by volume or 0.08 grams or more per 210 liters of breath as indicated by a chemical test, to wit: did have a blood alcohol concentration of .09%.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-266(i))

## Count II (Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 16, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KALESE TYREE TERRY, did unlawfully operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 18.2-266(ii))

Count III (Misdemeanor 7869503)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 16, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KALESE TYREE TERRY, did wrongfully and willfully injure or commit any depredation against any property of the United States, or of any department or agency thereof.

(In violation of Title 18, United States Code, Section 1361)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 26 day of March, 2019 to the defendant at:

Kalese Tyree Terry
4403 Wyres Street
Alexandria, VA 22309

By: _____
Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov